UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE OSCAR SIC SIC,<br><br>               Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>               Respondent. | NO. C13-442-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 1, respondent's return memorandum and motion to dismiss, Dkt. No. 6, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus, Dkt. No. 1, is DENIED, respondent's motion to dismiss, Dkt. No. 6 is GRANTED, and this action is DISMISSED with prejudice.

//

//

//

ORDER OF DISMISSAL - 1

(3)  The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 23rd day of September, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2